## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02113-BNB
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

FELIBERTO SANCHEZ,

    Plaintiff,

v.

DAVE BOOTH,
ROBIN BURKETT,
TIMMARIE D. BALLARD, and
OFFICER WERTH,

    Defendants.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

On July 30, 2014, Plaintiff submitted a Prisoner Complaint to the Court. Plaintiff challenges the conditions of his confinement pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1343. As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined a deficiency as described in this Order. Plaintiff will be directed to cure the following if he wishes to pursue any claims in this Court in this action. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)   _X_   is not submitted
(2)   ___   is missing affidavit
(3)   ___   prisoner's trust fund statement does not cover the most immediate six months prior to Plaintiff filing this action
(4)   ___   is missing certificate showing current balance in prison account
(5)   ___   is missing required financial information
(6)   ___   is missing authorization to calculate and disburse filing fee payments

(7) __ is missing an original signature by the prisoner
(8) __ is not on current Court-approved form
(9) __ names in caption do not match names in caption of complaint, petition or habeas application
(10) _X_ other: In the alternative Plaintiff may pay the $400 filing fee in full.

**Complaint, Petition or Application**:

(11) __ is not submitted
(12) __ is not on proper form
(13) __ is missing an original signature by the prisoner
(14) __ is missing page nos. __
(15) __ uses et al. instead of listing all parties in caption
(16) __ names in caption do not match names in text
(17) __ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application and provide answers to questions set forth on Court-approved form
(18) __ other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiency designated above **within thirty days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved form used in requesting leave to proceed pursuant to 28 U.S.C. § 1915 in a prisoner complaint (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. Use of a Court-approved form is required to cure the deficiency in the Complaint if Plaintiff desires to proceed pursuant to § 1915. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiency **within thirty days from the date of this Order**, the action will be dismissed without further notice.

3

DATED August 7, 2014, at Denver, Colorado.

                                              BY THE COURT:

                                              s/ Boyd N. Boland
                                              United States Magistrate Judge