IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Raymond P. Moore**

Civil Action No. 14-cv-02113-RM-KMT

FELIBERTO SANCHEZ,

    Plaintiff,

v.

OFFICER WERTH,

    Defendant.

___

**ORDER**
___

This matter is before the Court on the September 3, 2015, Recommendation of United States Magistrate Judge Kathleen M. Tafoya (the "Recommendation") (ECF No. 24) to grant "Defendant Werth's Motion to Dismiss Plaintiff's Amended Complaint (Doc. 8)" (the "Motion") (ECF No. 16). Plaintiff filed no response to Defendant Werth's Motion, challenging the matters raised therein. The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); FED. R. CIV. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen days after being served with a copy of the Recommendation. (ECF No. 24 at pages 6-7.) Despite this advisement, no objections to the Recommendation have to date been filed by any party and the time to do so has expired. (*See generally* Dkt.)

The Court concludes that Magistrate Judge Tafoya's analysis was thorough and sound, and that there is no clear error on the face of the record. *See* FED. R. CIV. P. 72(b) advisory committee's note ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *see also Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) ("In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate."). The Recommendation is, therefore, adopted as an order of this Court.

In accordance with the foregoing, the Court **ORDERS**:

(1)   That the Recommendation of United States Magistrate Judge (ECF No. 24) is ADOPTED in its entirety;

(2)   That Defendant Werth's Motion to Dismiss Plaintiff's Amended Complaint (Doc. 8) (ECF No. 16) is GRANTED, and Plaintiff's Amended Complaint is dismissed in its entirety; and

(3)   That the Clerk of the Court is directed to enter JUDGMENT in favor of Defendant Werth and against Plaintiff Sanchez.

DATED this 28th day of September, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge